UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATOYA MADDEN and AMY TAYLOR,<br>Plaintiffs,<br>-v-<br>OBLIGO, INC.,<br>Defendant. | 26-cv-8873 (JSR)<br>ORDER |

JED S. RAKOFF, U.S.D.J.:

During an initial pretrial conference on November 17, 2026, the Court set a briefing schedule for defendant's motion to compel arbitration. Defendant's motion is due by December 1, 2026; plaintiffs' opposition papers are due by December 22, 2026; and defendant's reply papers are due by January 5, 2026. The case will be stayed pending resolution of defendant's motion to compel arbitration.

SO ORDERED.

New York, New York
November 17, 2026

JED S. RAKOFF, U.S.D.J.